[No. 11496–4–I. Division One. July 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL ANTHONY ABELS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00059–7, Stephen M. Reilly, J., entered March 19, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Corbett, JJ.

[No. 11527–8–I. Division One. July 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. EDDIE RAY BRYANT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03421–3, David C. Hunter, J., entered March 3, 1982. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Scholfield, JJ.

[No. 11134–5–I. Division One. July 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. BRYAN LEE GELENAW, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81–1–00468–1, Dennis J. Britt, J., entered November 24, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, C.J., and Williams, J.